AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
297 Black Point in Bylas,
San Carlos Apache Indian Reservation, Arizona.

Case No. 21-254 MB

## ELECTRONICALLY ISSUED SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

☒ **YOU ARE COMMANDED** to execute this warrant on or before September 23, 2021 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>any United States Magistrate Judge on criminal duty in the District of Arizona</u>.

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for ___ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9/9/21 @ 4:40 pm    _[signature]_
                                            *Judge's signature*

City and state: <u>Phoenix, Arizona</u>    <u>Honorable Michelle H. Burns, U.S. Magistrate Judge</u>
                                            *Printed name and title*

## ATTACHMENT A – PLACE TO BE SEARCHED

**ADDRESS/DESCRIPTION OF LOCATION:** 297 Black Point in Bylas, San Carlos Apache Indian Reservation, Arizona.

**DESCRIPTION OF RESIDENCE:** Dark trim and white paint.

**APPROXIMATE GPS COORDINATES:** 33.108623, -110.087579.

**PHOTOS ATTACHED:** Yes







**33° 6' 31.04" N, 110° 5' 15.28" W
(33.108623, -110.087579)**

Directions

Address
Co Rd 105
Pima, AZ 85543
United States



4

## ATTACHMENT B – THINGS TO BE SEARCHED FOR AND SEIZED

1. Any evidence of assault, including blood evidence, dried blood, and/or biological substances that appear to be blood, which may be on the floors, walls, clothing, bedding, furniture, vehicles, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

2. Any biological evidence which may contain DNA evidence, which may be on the floors, walls, clothing, bedding, furniture, vehicles, or items used to clean up same (such as cloth towels, washcloths, or paper towels).

3. Any weapons or items that could be used as a weapon, pieces/parts of a weapon or ammunition/shell casings related to the death investigation.

4. Indicia of occupancy and/or ownership of the home, including mail (e.g., bills) showing a person's address; ownership documents such as deeds, tax documents, or bills of sale; leases or rental documents, identification cards; and photographs of the owners and/or occupants at or within the house or residence.

5. Cellular telephones.

6. Photographs and/or video of the residence and the things seized.